[No. 68074-9-I.  Division One.  April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LONG PHUC TRAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02828-0, Douglass A. North, J., entered November 15, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 68106-1-I.  Division One.  April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE HERNANDEZ-GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-10214-7, Michael Heavey, J., entered November 18, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler and Verellen, JJ.

[No. 68145-1-I.  Division One.  April 29, 2013.]

EVANGELINE SALDE ET AL., *Appellants*, v. ARNOLD YAGEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-17264-3, Monica J. Benton, J., entered December 2, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Lau, J.

[No. 68153-2-I.  Division One.  April 29, 2013.]

McKAY CHADWELL, PLLC, *Respondent*, v. JEREMY STAMPER, *Defendant*, MEAGHAN MCKAIGE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-26347-1, Catherine D. Shaffer, J., entered September 30, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Dwyer, JJ.